FILED
6/15/17 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22058-GLT |
| | : | Chapter: | 13 |
| Eric R. Weaver | : | | |
| | : | | |
| | : | Date: | 6/14/2017 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER:*     #2 - Hearing to Determine on Whether Case Should be Dismissed With or
                  Without Prejudice Regarding Certificate of Exigent Circumstances

*APPEARANCES:*
        Debtor:    No Appearance

*NOTES:*

*OUTCOME:*

1. Order to be issued dismissing case with prejudice.  (DB to prepare).

**DATED:**  6/14/2017